IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **09-cv-00245-JLK**

**HIGHLINE CAPITAL CORP., a Delaware corporation**,

        Plaintiff,

v.

**OVERTIME SPORTS BAR & GRILL, LLC, a Kansas limited liability company,
d/b/a Overtime Sports Bar & Grill,
DEEPAK PARMAR,
ARVIND J. PATEL and
AVANIT VANMALI**,

        Defendants.
_____

**ORDER APPROVING STIPULATION FOR ENTRY
OF JUDGMENT WITH STAY OF EXECUTION**
_____

Kane, J.

The Court, has reviewed the Stipulation for Entry of Judgment with Stay of Execution (Doc. #36) filed by the parties in the above-captioned case on March 10, 2010, and otherwise being advised in the premises, approves the Stipulation and orders as follows:

1. Subject to the terms and conditions of the Stipulation, the Court enters judgment in favor of Highline Capital Corp. against Overtime Sports Bar & Grill, L.L.C., Deepak Parmar, Arvind J. Patel and Avanit Vanmali, jointly and severally, in the amount of $195,700, plus future interest of 8% per annum, plus future attorney fees and costs.

2. All other terms and conditions of the Stipulation are adopted as an Order of the Court.

DONE this 11th day of March, 2010.

BY THE COURT:

*s/John L. Kane*_____
Judge John L. Kane